**United States Court of Appeals for the Second Circuit**
**Thurgood Marshall U.S. Courthouse**
**40 Foley Square**
**New York, NY 10007**

**DEBRA ANN LIVINGSTON**
CHIEF JUDGE

**CATHERINE O'HAGAN WOLFE**
CLERK OF COURT

Date: May 11, 2026
Docket #: 26-189
Short Title: Sauceda Henriquez v. Mullin

DC Docket #: 1:25-cv-7023
DC Court: EDNY (BROOKLYN)
DC Judge: Trial Judge - Lashann
Monique Dearcy Hall

**NOTICE OF DEFECTIVE FILING**

On May 08, 2026 the Brief, on behalf of the Appellant A.C.S., Ingrid Paola Sauceda Henriquez, P.S.H., was submitted in the above referenced case. The document does not comply with the FRAP or the Court's Local Rules for the following reason:

_____ Failure to submit acknowledgment and notice of appearance *(Local Rule 12.3)*
_____ Failure to file the Record on Appeal *(FRAP 10, FRAP 11)*
_____ Missing motion information statement *(T-1080 - Local Rule 27.1)*
_____ Missing supporting papers for motion (e.g, affidavit/affirmation/declaration) *(FRAP 27)*
_____ Insufficient number of copies *(Local Rules: 21.1, 27.1, 30.1, 31.1)*
_____ Improper proof of service *(FRAP 25)*
      _____ Missing proof of service
      _____ Served to an incorrect address
      _____ Incomplete service *(Anders v. California 386 U.S. 738 (1967))*
_____ Failure to submit document in digital format *(Local Rule 25.1)*
_____ Not Text-Searchable *(Local Rule 25.1, Local Rules 25.2),* click here
for instructions on how to make PDFs text searchable
_____ Failure to file appendix on CD-ROM *(Local Rule 25.1, Local Rules 25.2)*
_____ Failure to file special appendix *(Local Rule 32.1)*
__X__ Defective cover *(FRAP 32)*
      __X__ Incorrect caption *(FRAP 32)*
      _____ Wrong color cover *(FRAP 32)*
      _____ Docket number font too small *(Local Rule 32.1)*
__X__ Incorrect pagination, click here for instructions on how to paginate PDFs
*(Local Rule 32.1)*
_____ Incorrect font *(FRAP 32)*
_____ Oversized filing *(FRAP 27 (motion), FRAP 32 (brief))*
_____ Missing Amicus Curiae filing or motion *(Local Rule 29.1)*
_____ Untimely filing
_____ Incorrect Filing Event
__X__ Other: **Refile the Brief using the correct caption:**

Ingrid Paola Sauceda Henriquez, A.C.S., minors, by and through their mother, Ingrid Paola Sauceda Henriquez, P.S.H., by and through their mother, Ingrid Paola Sauceda Henriquez,

        Petitioners - Appellants,

  v.

Markwayne Mullin, Secretary of Homeland Security, Joseph B. Edlow, Director of U.S. Citizenship and Immigration Services, Marcos Charles, Acting Executive Associate Director, ICE Enforcement and Removal Operations, Jeffrey Oestericher, Todd Blanche, Acting United States Attorney General,

        Respondents - Appellees.

**<u>Additionally, correctly paginate the Brief.</u>**

      Please cure the defects and resubmit the document, with the required copies if necessary, no later than May 13, 2026. The resubmitted documents, if compliant with FRAP and the Local Rules, will be deemed timely filed.

       Failure to cure the defects by the date set forth above will result in the document being stricken. An appellant's failure to cure a defective filing may result in the dismissal of the appeal.

Inquiries regarding this case may be directed to 212-857-8508.